# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN THOMAS WILKINSON AND
JESSICA KEMMERLY WILKINSON

VERSUS

WHIT GREEN HOME INSPECTIONS,
LLC, CHARLES W. GREEN,
CHRISTOPHER MICHAEL KENNEDY,
HILARY SMITH KENNEDY,
NATASHA AMAYA ENGLE, RED
STICK PARTNERS, L.L.C.

NO.  2025 CW 0330

AUGUST 28, 2025

---

In Re:    Christopher Michael Kennedy and Hilary Smith Kennedy,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 696323.

---

BEFORE:    HESTER, EDWARDS, AND BALFOUR, JJ.

  WRIT DENIED.

                          CHH
                          BDE
                          KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT